UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA PAZ,<br><br>        Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | 1:05-cv-00482-OWW-SMS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS ACTION FOR PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS**<br>(Doc. 8) |

    Plaintiff is proceeding with counsel in an action seeking judicial review of a final decision of the Commissioner of Social Security denying plaintiff's application for benefits.

    On July 7, 2005, the Magistrate Judge filed Findings and a Recommendation that the action be dismissed, without prejudice, pursuant to Local Rule 11-110 for plaintiff's failure to prosecute this case and failure to comply with the Court's orders. The Findings and Recommendation were served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within fifteen (15) days from the date of service of that order.  To date, no party has filed objections thereto.

1  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed July 7, 2005, are ADOPTED IN FULL;

2. This action is DISMISSED, without prejudice, for plaintiff's failure to prosecute this case and failure to comply with the Court's orders; and,

3. The Clerk of Court CLOSE this action in its entirety.

IT IS SO ORDERED.

**Dated:   August 8, 2005**              /s/ Sandra M. Snyder
icido3                                UNITED STATES MAGISTRATE JUDGE