1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

| EMMA PAZ, | ) |
| | ) 1:05-CV-00482-OWW-SMS |
| Plaintiff, | ) |
| | ) ORDER VACATING ORDER ADOPTING |
| | ) FINDINGS AND RECOMMENDATIONS DUE |
| v. | ) TO CLERICAL ERROR (DOC. 9) |
| | ) |
| JO ANNE B. BARNHART, | ) ORDER VACATING JUDGMENT DUE TO |
| Commissioner of Social | ) CLERICAL ERROR (DOC. 10) |
| Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

18    Plaintiff is proceeding with an action in which Plaintiff

19 seeks judicial review of a final decision of the Commissioner of

20 Social Security denying Plaintiff's application for benefits.

21      An order adopting findings and recommendations, and a

22 judgment thereon, were filed on August 9, 2005. These orders,

23 constituting documents numbered 9 and 10 in the docket, were

24 issued as a result of clerical error.

25    Accordingly, it IS ORDERED that the order adopting the

26 findings and recommendations, filed on August 9, 2005, and the

27 judgment entered on August 9, 2005, ARE VACATED.

28 //////////////

1

1              IT IS SO ORDERED.

2   **Dated:    August 10, 2005**                    **/s/ Sandra M. Snyder**
    icido3                                   UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2